Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
165 Broadway, Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DE GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC.,<br><br>Defendant. | Case No. 5:26-cv-00344<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE OF CHANGE OF ADDRESS

## <u>NOTICE OF CHANGE OF ADDRESS</u>

Please take notice that Attorney Adrian Gucovschi, counsel of record for Plaintiff, Mark De Guzman hereby changes the mailing address of record in the above-captioned matter to the following:

New Mailing Address for:

GUCOVSCHI LAW FIRM, PLLC.
165 Broadway, FL 23
New York, NY 10006
Email: adrian@gucovschilaw.com

All future notices, filings, and correspondence should be directed to the new address and e-mail listed above.

Dated:  February 3, 2026.                    Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC.**

By: */s/ Adrian Gucovschi*

Adrian Gucovschi (State Bar No. 360988)
165 Broadway, Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorneys for Plaintiff*

NOTICE OF CHANGE OF ADDRESS                                                                 1