ELIZABETH PIPKIN (243611)
JUAN LUNA-BOJALIL (346626)
HANNAH LAUCHNER (365952)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     (408) 279-8700
Facsimile:     (408) 279-3244
Email:         epipkin@mcmanislaw.com;
               jluna@mcmanislaw.com;
               hlauchner@mcmanislaw.com

DANIEL C. TAYLOR (*Pro Hac Vice* forthcoming)
ERIC F. DEMENT (*Pro Hac Vice* forthcoming)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:     (303) 592-3100
Facsimile:     (303) 592-3140
Email:         daniel.taylor@bartlitbeck.com;
               eric.dement@barlitbeck.com

*Attorneys for Defendants,*
SCIPLAY CORPORATION and
SCIPLAY GAMES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK DE GUZMAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC,<br><br>          Defendants. | Case No.:  5:26-CV-00344-EKL<br><br>**DEFENDANTS SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**<br><br>**Civil L.R. 3-15; Fed. R. Civ. P. 7.1**<br><br>Trial Date: None Set |

1

DEFENDANTS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP; Case No.: 5:26-CV-00344-EKL

Pursuant to Civil L.R. 3-15 and Federal Rule of Civil Procedure 7.1(a), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    SciPlay Corporation is a Nevada corporation with its principal place of business in Las Vegas, Nevada.  Thus, SciPlay Corp. is a citizen of Nevada.

2.    SciPlay Corporation is a wholly owned subsidiary of Light & Wonder, Inc., a publicly held corporation.

3.    SciPlay Games, LLC has two members: SciPlay Corporation and Light and Wonder International, Inc.

    a.  SciPlay Corporation is a Nevada citizen, as stated above.

    b.  Light and Wonder International, Inc. has Delaware and Nevada citizenship because it is a Delaware corporation with its principal place of business in Las Vegas, Nevada.  Thus, SciPlay Games, LLC is a citizen of Nevada and Delaware.

    c.  SciPlay Corporation and Light and Wonder International, Inc. are both wholly owned subsidiaries of Light and Wonder, Inc., a publicly held corporation.  Thus, Light and Wonder, Inc. owns through its subsidiaries 10% or more of SciPlay Games, LLC.

///

///

///

///

///

///

///

DEFENDANTS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP; Case No.: 5:26-CV-00344-EKL

Pursuant to Civil L.R. 3-15 and Federal Rule of Civil Procedure 7.1(a), the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the parties submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
| --- | --- |
| SciPlay Corp. | Nevada |
| Light and Wonder International, Inc. | Delaware and Nevada |
| SciPlay Games, LLC | Delaware and Nevada |

DATED: February 18, 2026                    McMANIS FAULKNER


                                            /s/ Elizabeth Pipkin
                                            ELIZABETH PIPKIN

3

DEFENDANTS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP; Case No.: 5:26-CV-00344-EKL