ELIZABETH PIPKIN (243611)
JUAN LUNA-BOJALIL (346626)
HANNAH LAUCHNER (365952)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:      (408) 279-8700
Facsimile:      (408) 279-3244
Email:          epipkin@mcmanislaw.com;
                jluna@mcmanislaw.com;
                hlauchner@mcmanislaw.com

DANIEL C. TAYLOR (*Pro Hac Vice* forthcoming)
ERIC F. DEMENT (*Pro Hac Vice* forthcoming)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:      (303) 592-3100
Facsimile:      (303) 592-3140
Email:          daniel.taylor@bartlitbeck.com;
                 eric.dement@barlitbeck.com

*Attorneys for Defendants,*
SCIPLAY CORPORATION and
SCIPLAY GAMES, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARK DE GUZMAN, individually and on behalf of all others similarly situated, | Case No.:  5:26-CV-00344-EKL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge: The Honorable Eumi K. Lee |
| SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC, | |
| Defendants. | Trial Date: None Set |

1

CERTIFICATE OF SERVICE; Case No.:  5:26-CV-00344-EKL

## CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, 10th Floor, San Jose, California 95113. My email address is shusher@mcmanislaw.com.

On February 18, 2026, I served the foregoing document described as:

**DEFENDANTS SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**

on the parties in this action as follows:

| | |
|---|---|
| Frank S. Hedin | **Attorneys for Plaintiff,** |
| HEDIN LLP | **MARK DE GUZMAN** |
| 1395 Brickell Avenue, Suite 610 | |
| Miami, FL 33131 | |
| Telephone: (305) 357-2107 | |
| Email:  fhedin@hedinllp.com | |
| | |
| Adrian Gucovschi | |
| GUCOVSCHI LAW FIRM, PLLC | |
| 165 Broadway, 23rd Floor | |
| New York, NY 10006 | |
| Telephone: (212) 884-4230 | |
| Email:  adrian@gucovschilaw.com | |

☒    **THROUGH CAND-ECF ELECTRONIC CASE FILING SYSTEM**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2026, at San Jose, California.

*/s/ Samantha C. Husher*
SAMANTHA C. HUSHER

2

CERTIFICATE OF SERVICE; Case No.:  5:26-CV-00344-EKL