# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **DANIEL CHARLES TAYLOR** IS AN ASSOCIATE (INACTIVE) MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **DANIEL CHARLES TAYLOR** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 20, 2010**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued January 30, 2026

*DaVida M. Davis*
**Director of Regulatory Compliance**