

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

**Daniel Charles Taylor**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* **9th**

*day of* **December** *A.D.* **2013** *and that at the date hereof the said* **Daniel Charles Taylor** *is in good standing at this Bar.*



**IN WITNESS WHEREOF,** *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* **3rd** *day of* **February** *A.D.* **2026**

**Cheryl Stevens**

Clerk

By _____

Deputy Clerk