United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DE GUZMAN, et al.                     ,

Plaintiff(s),

v.

SCIPLAY CORP., et al.                 ,

Defendant(s).

Case No. 5-26-cv-00344-EKL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniel C. Taylor, an active member in good standing of the bar of Colorado and Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Elizabeth Pipkin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 243611.

1801 Wewatta St., Suite 1200, Denver, CO 80202
MY ADDRESS OF RECORD

50 West San Fernando St., 10th Floor, San Jose , CA 95113
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(303) 592-3127
MY TELEPHONE # OF RECORD

(408) 279-8700
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

daniel.taylor@bartlitbeck.com
MY EMAIL ADDRESS OF RECORD

epipkin@mcmanislaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: CO 46772 / VA 81003.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026                                            Daniel C. Taylor
                                                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Daniel C. Taylor                is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   February 24, 2026

EUMI K. LEE
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                               2