Elizabeth Pipkin (243611)
Juan Luna-Bojalil (346626)
Hannah Lauchner (365952)
MCMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     (408) 279-8700
Facsimile:     (408) 279-3244
Email:         epipkin@mcmanislaw.com;
               jluna@mcmanislaw.com;
               hlauchner@mcmanislaw.com

Daniel C. Taylor (*Pro Hac Vice*)
Eric F. Dement (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:     (303) 592-3100
Facsimile:     (303) 592-3140
Email:         daniel.taylor@bartlitbeck.com;
               eric.dement@barlitbeck.com

*Attorneys for Defendants,*
Sciplay Corporation and
Sciplay Games, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK DE GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC,<br><br>Defendants. | Case No.: 5:26-CV-00344-EKL<br><br>**DECLARATION OF CAMERON LEE IN SUPPORT OF DEFENDANTS SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC'S MOTION TO COMPEL ARBITRATION**<br><br>Date:      July 15, 2026<br>Time:      10:00 a.m.<br>Dept:      Courtroom 7—4th Floor<br>Judge:     Hon. Eumi K. Lee |

Declaration of Cameron Lee in support of SciPlay's Motion to Compel Arbitration
Case No. 5:26-CV-00344-EKL

I, Cameron Lee, declare under penalty of perjury under the laws of the United States of America and under 28 U.S.C. § 1746, that the following is true and correct:

1. I am currently employed as Vice President of Operations at SciPlay Corporation (together with SciPlay Games, LLC, "SciPlay"). I have been in this role since May of 2019. Before that, I was the Director of Operations of SG Social, Scientific Games' social gaming unit, which later spun off to become SciPlay Corporation. I began working at Scientific Games in January 2018. Among other responsibilities, I oversee the operations associated with each of the social casino games offered by SciPlay Corporation.

2. I am over 18 years old, I am authorized to execute this declaration, and I am competent to testify about the matters contained herein based on my personal knowledge. I submit this declaration in support of Defendants' Motion to Compel Arbitration.

3. SciPlay offers free-to-play casino-themed games, which are known as social casino games, such as JackPot Party Casino. People may play the games either through an app on their device or online through a social-media platform such as Facebook. SciPlay does not have a time limit on how long a user may access the game.

4. Since September 2020, SciPlay has had two main versions of its Terms of Service applicable to its games. SciPlay rolled out the first Terms of Service on September 22, 2020 ("2020 Terms of Service"). A true and correct copy of the 2020 Terms of Service is attached as Exhibit A. On September 5, 2024, SciPlay rolled out the second Terms of Service, which is still in effect ("2024 Terms of Service"). A true and correct copy of the 2024 Terms of Service is attached as Exhibit B.

5. As a condition both to playing the games and to making purchases in the games, every player must accept the Terms of Service. A player may not play the games or buy any virtual coins without affirmatively accepting the Terms of Service. To ensure that all players give their express agreement to the Terms of Service, SciPlay designed pop-up banners that display before (1) new players can begin playing the games or (2) existing players can continue playing the games. Thus, when SciPlay rolled out the new Terms of Service in 2024, it also rolled out pop-up

1

Declaration of Cameron Lee in support of SciPlay's Motion to Compel Arbitration
Case No. 5:26-CV-00344-EKL

banners to all new and existing players to ensure that all players expressly agreed to the new Terms of Service before they could access the games or buy virtual coins in them.

6.      The pop-up banners for existing and new players are identical. The pop-up banners display immediately when a player opens the games. The pop-up banners overlay and block the entire screen on the device or computer that a player uses to play the games.

7.      A true and correct copy of the current pop-up banner for JackPot Party Casino is attached as Exhibit C. This is the pop-up banner that has been shown to all JackPot Party Casino players since April 15, 2025. Although the background artwork and greeting change based on the game name, the pop-up banners work the same across the other games, with players hitting "Accept" buttons to accept the Terms of Service. This current version of the pop up was rolled out to all the games by May 8, 2025.

8.      As Exhibit C shows, the current pop-up banner explains to players that they accept the operative Terms of Service by "clicking the button below or continuing to access the game." In several places, the current pop-up banner has a link to the operative Terms of Service, which is designated by bolding, underlining, and making brightly colored the words "Terms of Service."

9.      A player who is presented with the pop-up banners cannot continue to play the game or buy any virtual coins unless he or she clicks the large and brightly colored "Accept!" button.

10.      SciPlay has had pop-up banners for its Terms of Service for all new and existing players since September 2020. Because it is not possible to play any of the games or buy any virtual coins without accepting the Terms of Service, every person who has played any of SciPlay's social casino games, or bought virtual coins in the games since September 2020, has clicked to agree to the Terms of Service.

11.      Based on the allegations in Mark De Guzman's complaint, I used his name to identify his "PlayerID"—a unique identifier assigned to players—as 5792995. Mr. De Guzman has been playing the games since March 2013. As of March 16, 2026, Mr. De Guzman last played the games on January 15, 2026.

2

Declaration of Cameron Lee in support of SciPlay's Motion to Compel Arbitration
Case No. 5:26-CV-00344-EKL

12.     SciPlay's records show that Mr. De Guzman accepted the 2020 Terms of Service on February 17, 2021. SciPlay's records show that Mr. De Guzman accepted the 2024 Terms of Service on July 18, 2025 in the JackPot Party Casino game after he was shown the pop up in Exhibit C. SciPlay has no record of Mr. De Guzman opting out of the arbitration agreement in the Terms of Service.

13.     Since September 22, 2020, the Terms of Service have been posted online at https://www.sciplay.com/terms-of-service/. The 2020 Terms of Service were shown at that link from September 22, 2020 to September 4, 2024. The 2024 Terms of Service have been shown at that link since September 5, 2024 and have also been accessible through a hyperlink in the games.

14.     The games are inoperable unless the player has active internet access.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March __23rd__, 2026.

Cameron Lee

3

Declaration of Cameron Lee in support of SciPlay's Motion to Compel Arbitration
Case No. 5:26-CV-00344-EKL