# EXHIBIT A

# Terms of service | SciPlay

 sciplay.com/terms-of-service/



## Cookies

We automatically collect information about the devices you use to interact with our Sites. We automatically collect your device identifier, web browser type and version, IP address, general geolocation, language, and browsing information collected through cookies and beacons. We also automatically collect information about how you use the Sites, such as what you have searched for and viewed on the Sites. The information automatically collected will be associated with any personal information you have provided.

We collect certain information by automated means when you visit our Sites, such as how many users visited our Sites and the pages accessed. By collecting this information, we learn how to best tailor our Sites to our visitors. We collect this information through various means such as "cookies" and "web beacons."

**Cookies.** Like many companies, we use "cookies" on some of our Sites. Cookies are pieces of code placed on your devices when you visit certain websites. We use cookies to tell us, for example, whether you have visited us before or if you are a new visitor, and to help us identify features of the Sites in which you may have the greatest interest. Cookies may enhance your online experience by saving your preferences while you are visiting a particular website.

Most web browsers will tell you how to stop accepting new cookies, how to be notified when you receive a new cookie, and how to disable existing cookies. Please note, however, that without cookies you may not be able to take full advantage of the features and functionality of the Sites.

**Web Beacons.**  Certain pages on our website contain "web beacons" (also known as Internet tags, pixel tags, and clear GIFs). These web beacons allow third parties to obtain information, such as the IP address of the computer that downloaded the page on which the beacon appears; the URL of the page on which the beacon appears; the time the page containing the beacon was viewed; the type of browser used to view the page; and the information in cookies set by the third party.

**IP Addresses.**  An IP address is a unique identifier that certain electronic devices use to identify and communicate with each other on the Internet. When you visit our website, we view the IP address of the device you use to connect to the Internet. We then use this information to determine the general physical location of the device and understand the general locations of our website visitors. We also use this information to enhance our Sites.

**HOW WE USE THE INFORMATION WE COLLECT ABOUT YOU**

We may use your information for the following purposes:

**To Communicate With You**

- To provide you with customer support;

- To process your purchases and transactions;

- To communicate with you about our products and services, including promotions, solicitations and offers; or

- To send you further notices, financial news notifications, brochures, or other marketing materials regarding our Sites, our products, and the services of our businesses, affiliates, business partners or authorized dealers.

**To Manage and Improve Our Business Operations**

- To provide you with access to the Services;

- To serve the functions of the Sites;

- To manage everyday business needs, such as administering and improving the Sites;

- To analyze and improve the performance and functioning of the Sites;

- To analyze how you use the Sites and to perform other market research;

- For internal operations, including troubleshooting, testing and analytics;

- To tailor content on the Sites and target our advertising;

- Compiling aggregated and de-identified information; and

- To assist us in developing new products and improving our Services.

**To Ensure a Secure Online Environment and Comply with Legal Obligations**

- Protect against and detect fraud, abuse, or other unlawful activity;

- Enforce our Terms of Use, other corporate policies, and industry standards; and

- Comply with all applicable laws and reporting obligations.

If you notify us that you do not wish to be contacted for marketing purposes, we will not send you marketing information. To opt out of receiving our promotional emails or if you object to our use of your information for direct marketing purposes, please unsubscribe via the links contained in the emails you receive from us or submit a request using our Privacy Rights Request form; the links to that form can be found at the end of this policy.

## DO NOT TRACK

Our Sites do not collect personal information about your online activities over time and across third-party websites or online services. Therefore, "do not track" signals transmitted from web browsers do not apply to our Sites, and we do not alter any of our data collection and use practices upon receipt of such a signal.

## BUSINESS STRUCTURE CHANGES

We reserve the right to disclose and transfer all information related to our Sites, including personal data:

- To a subsequent owner, co-owner, or operator of one or more of the Sites; or

- In connection with a corporate merger, consolidation, or restructuring, the sale of substantially all of our stock and/or assets, or other corporate change, including, without limitation, during the course of any due diligence process.

## INFORMATION WE SHARE

We share information within the SciPlay family of companies, including future subsidiaries and affiliates.

We share your information with service providers who perform services and functions on our behalf to support our interactions with you including, for example, providing our products and services, processing your purchases, or communicating with you. We also share information with companies that operate our websites and third party analytics companies who conduct market research on our behalf. These service providers are not authorized by us to use or disclose the information, except as necessary to perform services on our behalf or comply with legal requirements.

As part of our Sites and Services, third party ad servers present or serve advertisements, provide us with reporting, ad response management, and Site analytics, and assist with delivery of relevant marketing messages and advertisements. These third parties may view, edit, or set their own cookies. The use of these technologies by these third parties is subject to their own privacy policies and is not covered by this Privacy Policy. Third parties may also obtain information about other sites you have visited or applications that you have downloaded to your mobile device, and other information about you or your device in order to help analyze and serve anonymous targeted advertising on the Site and elsewhere.

SciPlay also shares limited geolocation information with third parties, including advertisers such as Google and Facebook and parties who provide targeted advertising and analytics services.

**NAI.**  For more information about third party ad servers on our Sites and Services and your ability to opt out of targeted advertising from such third parties, please visit the Network Advertising Initiative at http://networkadvertising.org and its opt-out tool at http://optout.networkadvertising.org.

**DAA.** Information and resources to opt out of internet-based advertising are available from the Digital Advertising Alliance (DAA) at http://www.aboutads.info/choices/.

You may also opt out of tracking and receiving tailored advertisements on your mobile device by some mobile advertising companies and other similar entities by downloading the App Choices app at www.aboutads.info/appchoices.

**EDAA.** Information and resources to opt out of interest-based advertising are available from the European Interactive Digital Advertising Alliance at http://www.youronlinechoices.eu.

We may also share aggregated or de-identified information with third parties that does not identify you personally.

In addition, we will disclose information about you:

- If we are required to do so by law or legal process;

- To law enforcement authorities or other government officials, as necessary;

- When we believe disclosure is necessary or appropriate to prevent physical harm or financial loss or in connection with an investigation or suspected or actual illegal activity;

- If necessary to protect the vital interests of a person;

- To enforce our Terms of Use;

- To protect our property, services, and legal rights;

- To prevent fraud against SciPlay, our affiliates, business partners, or authorized dealers;

- To support auditing, compliance, and corporate governance functions; or

- To comply with any and all applicable laws.

In certain situations, SciPlay may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

## SOCIAL NETWORKING

This website allows users to sign into and associate social media accounts, including but not limited to, Facebook and LinkedIn, with the Sites and Services. By using this functionality, you give SciPlay permission to access all of the elements of your social network profile information that you have made available to be shared and to use it in accordance with the social network's terms of use and this Privacy Policy. Please refer to the privacy settings in your social network account for information about what data is shared with SciPlay and other connected applications and to manage the data that is shared through your account, including information about your activities using our Sites and Services.

SciPlay does not retain your username or password for social networking platforms for any longer than is necessary to complete an interaction. If you would like to disconnect a social media account from SciPlay, please refer to the settings of that social media account and its provider.

## CHILDREN'S PRIVACY

Our sites are general audience Sites not directed at children under the age of 13. If we obtain actual knowledge that any information we collect has been provided by a child under the age of 13, we will promptly delete that information.

## LINKS TO OTHER WEBSITES

Our Sites may provide links to other websites for your convenience and information, including those that are operated by third parties. Third party websites may operate independently from our Sites, which means we are not responsible for their content, how they use your information, or their privacy practices.

**INFORMATION WE TRANSFER**

The Sites to which this Privacy Policy applies are subject to United States law, unless otherwise provided herein. SciPlay shall transfer personal data on a regular basis to its parent company outside the European Union, Switzerland and the U.K. and, more specifically, in the United States of America. SciPlay shall ensure that all personal data from individuals in the European Union is processed in accordance with the General Data Protection Regulation. All such transfers shall be made through an approved transfer mechanism—such as our Intra-Group Data Transfer Agreement or Standard Contractual Clauses, or with your explicit consent. Such agreements and clauses may be requested by contacting SciPlayDPO@scientificgames.com.

In addition, we transfer the personal information we collect on the Sites to countries other than the United States where we do business, which may not have the same data protection laws as the country in which you reside. When we transfer your information to other countries, we will protect that information as described here, even though a given country may not have the same privacy and data protection laws as the country in which you reside.

SciPlay complies with the EU-U.S. Privacy Shield Framework and/or the Swiss-U.S. Privacy Shield Framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information transferred from the European Union and/or Switzerland to the United States. SciPlay has certified to the Department of Commerce that it adheres to the Privacy Shield Principles. If there is any conflict between the terms in this privacy policy and the Privacy Shield Principles, the Privacy Shield Principles shall govern. To learn more about the Privacy Shield program, and to view our certification, please visit https://www.privacyshield.gov.

With respect to personal data received or transferred pursuant to the Privacy Shield Framework, SciPlay is subject to the investigatory and enforcement powers of the U.S. Federal Trade Commission (FTC).

In compliance with the Privacy Shield Principles, SciPlay commits to resolve complaints about our collection or use or your personal information. The independent dispute resolution body designated to address complaints and provide appropriate recourse free of charge is JAMS. European Union and/or Swiss individuals with inquiries or complaints regarding our Privacy Shield policy should first contact SciPlay at SciPlayDPO@scientificgames.com

SciPlay commits to cooperate with the panel established by the EU Data Protection Authorities (DPAs) and/or the Swiss Federal Data Protection and Information Commissioner and comply with the advice given by the panel and/or the Commissioner with regard to human resources data transferred from the EU and/or Switzerland in the context of the employment relationship. EU and Swiss residents may also lodge complaints with their competent supervisory authority. Under certain conditions, you may have the right to invoke binding arbitration under the Privacy Shield Framework to resolve complaints not resolved by other means, as described in Annex I to the Privacy Shield Principles.

SciPlay is responsible for the processing of personal data it receives under the Privacy Shield Framework or subsequently transfers to a third party acting as an agent on its behalf, except where SciPlay is not responsible for the event giving rise to the damage.

If you have any questions or concerns regarding our Privacy Shield certification, please contact SciPlayDPO@scientificgames.com.

**CALIFORNIA RESIDENTS**

If you are a California Resident, California law provides you with certain rights regarding your personal information, including the right to know about personal information collected, disclosed, or sold. You also have the right to request that we delete any or all of your personal information that we have collected from you, subject to certain exceptions, and the right not to be discriminated against if you exercise any of your rights under the California Consumer Privacy Act.

SciPlay may have collected the following categories of personal information from California residents in the past 12 months:

- Identifiers such as a name, postal address, IP address, email address, or other similar identifiers.

- Categories of personal information described in subdivision (e) of

  .

- Characteristics of protected classifications under California or federal law.

- Commercial information, including records of products or services purchased or considered.

- Internet or other electronic network activity information.

- Geolocation data.

- Professional or employment-related information.

- Education information.

- Inferences drawn from any of the information identified above.

We collect this personal information from a number of sources, including from you directly and from consumer data resellers, and use it for the purposes disclosed in this Privacy Policy.  We may have disclosed the categories of personal information identified above to certain third parties for a business purpose over the past twelve months, including internet service providers,  data analytics providers, government entities, operating systems and platforms, and social networks.  Where we disclose information for a business purpose, we enter into a contract that describes the business purpose and requires the recipient to keep the personal information confidential and not use it for any purpose except for performing the contract.

SciPlay will not and has not sold personal information of California residents, including those under 16 years of age, to third parties for a commercial purpose in the preceding twelve months.

***Right to Know***

California residents have the right to request that SciPlay disclose certain information about our collection and use of your personal information over the past 12 months.  Once we receive and confirm your verifiable consumer request (see **Requests to Know and Delete** below for instructions), we will disclose to you:

- The categories of personal information we collected about you.

- The categories of sources for the personal information we collected about you.

- Our business or commercial purpose for collecting that personal information.

- The categories of third parties with whom we share that personal information.

- The specific pieces of personal information we collected about you (also called a data portability request).

- If we disclosed your personal information for a business purpose, a list identifying the personal information categories that each category of recipient obtained.

***Right to Delete***

You have the right to request that SciPlay delete the personal information that we collected from you and retain, subject to certain exceptions. Once we receive and confirm your verifiable consumer request (see **Requests to Know and Delete** below for instructions), we

will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies.

### *Requests to Know and Delete*

To exercise your right to know and right to delete described above, please submit a verifiable consumer request to us using our Privacy Rights Request form found at the end of this policy or you can e-mail us at SciPlayDPO@scientificgames.com.

Only you, or someone legally authorized to act on your behalf, may make a verifiable consumer request related to your personal information. If you wish to submit a verifiable consumer request on behalf of another individual, such as a minor child, we will also need sufficient information to verify that the individual is the person about whom we collected personal information and that you are authorized to submit the request on their behalf.

You may only make a verifiable consumer request to know or delete your data twice within a 12-month period. Your request must:

- Provide sufficient information that allows us to reasonably verify you are the person about whom we collected personal information or are an authorized representative.

- Describe your request with sufficient detail that allows us to properly understand, evaluate, and respond to it.

We will need to verify your identity before processing most requests, which may require us to obtain additional personal information from you. We will only use the personal information provided in connection with a request to review and comply with the request.  If you do not provide this information, we may not be able to verify or complete your request.

Making a verifiable consumer request does not require you to create an account with us.

### *Response Timing and Format*

We endeavor to respond to a verifiable consumer request within forty-five (45) days of its receipt. If we require more time, we will inform you of the reason for the extension.

Any disclosures we provide will only cover the 12-month period preceding the verifiable consumer request's receipt. For data portability requests, we will select a format to provide your personal information that is readily useable.

We do not charge a fee to process or respond to your verifiable consumer request unless it is excessive, repetitive, or manifestly unfounded. If we determine that the request warrants a fee, we will tell you why we made that decision and provide you with a cost estimate before completing your request.

In certain circumstances, we may decline a request to exercise the rights described above.

California Civil Code Section 1798.83 permits California residents to request information regarding the disclosure of their personal information by us to third parties for the third parties' direct marketing purposes within the immediately preceding calendar year. We will provide you with a list of the categories of personal information disclosed and a list of the names and addresses of the third parties. To make such a request, please fill out our Privacy Rights Request form below and select "Shine the Light" the dropdown menu.

**NEVADA RESIDENTS**

SciPlay does not sell personal information of Nevada residents to third parties; however, Chapter 603A of the Nevada Revised Statutes permits a Nevada resident to opt out of future sales of certain covered information that a website operator has collected or will collect about the resident. To submit such a request, please contact us using our Privacy Rights Request form and make sure you include the words "Nevada opt-out" in the "Request Details" section of the request form.

**YOUR RIGHTS IF YOU ARE LOCATED IN THE EU, SWITZERLAND OR UK**

If you are located in the EU, Switzerland or the UK, we process your personal data when we have a legal basis to do so. We will rely on the following legal bases for processing your personal data, depending on our purpose for such processing.

**Legal Basis for Processing**

*You have consented to the processing of your personal data*: We will obtain your consent before using or sharing your data for advertising that is targeted based on your browsing history or online behavior on other websites or online services. If you consent to our use of your personal data for any purpose, you have the right to withdraw consent at any time by contacting us, as explained below.

*Processing is necessary to fulfill a legitimate interest*:  We have a legitimate interest in processing your personal data for certain business and security purposes, to better understand our customers and the users of our Sites and Services, and to comply with applicable laws.

*Processing is necessary for compliance with a legal obligation*: We will process personal data when necessary to comply with an obligation under EU law, EU Member State law or, with respect to individuals residing in Switzerland, a Swiss law.

*Processing is necessary to perform a contract*: We will process personal data when necessary to perform a contract with you or to fulfill a request you have made.

**Your Rights Regarding Your Personal Data**

In addition, you have certain rights with respect to your personal data, subject to exceptions as provided in the GDPR. If you would like to exercise any of the rights described below, please use the Privacy Rights Request form found at the end of this policy or through one of the methods in the "Contact For More Information" section, below.

*Right of Access*: You have the right to obtain confirmation as to whether we are processing personal data about you, and if so, to request a copy of the information. To help protect your privacy and security, we will take reasonable steps to verify your identity, such as requiring a password and user ID, before granting access to your information.

*Right to Rectification*: You have the right to correct any inaccuracies in the information that we hold about you and, where applicable, complete any incomplete information that we hold.

*Right to Erasure*: You have the right to request that we erase personal information that we hold about you, subject to certain conditions.

*Right to Restrict Processing*: You have the right to restrict our processing of your information, subject to certain conditions.

*Right to Object*: You have the right to object to processing of your personal information based on our legitimate interests at any time. We will no longer process the information, unless there are compelling legitimate grounds for our processing that override your interests or the processing serves the purpose of asserting, exercising or defending legal claims.

*Right to Withdraw Consent*: When data processing is based on your consent, you have the right to withdraw consent at any time, without affecting the lawfulness of processing based on consent before such withdrawal.

*Right to Data Portability*: You also have a right to data portability when the data processing is based on consent or on a contract between you and SciPlay and the data was processed by automated means. You may exercise these rights by submitting a written request at the link included below.

*Right to Lodge a Complaint*:  You have the right to lodge a complaint with the appropriate supervisory authority or data protection regulator in your jurisdiction.

**HOW WE PROTECT PERSONAL INFORMATION**

We use commercially reasonable security measures, including administrative, technical, and physical safeguards to protect against loss, misuse, unauthorized access, disclosure, alteration, or destruction of the information you provide when visiting or using the Sites.

**RETENTION OF INFORMATION**

SciPlay retains all personal information for the duration of the relevant business relationship or, where required, in accordance with its information management policies and schedules, subject to applicable laws. When deleting personal information based on a request from the individual to whom the information relates, SciPlay will make reasonable attempts to ensure that all instances of the information are deleted in their entirety. For individuals in the EU, Switzerland or U.K. who wish to make requests for access, corrections, or deletion, please refer to the Your Rights Regarding Your Personal Data section above.

**CONTACT FOR MORE INFORMATION**

If you have any questions or concerns about this Privacy Policy or our privacy practices, please use the following webform to submit your inquiry:

SciPlay Privacy Rights Request form

Additionally, if you would like to update your contact information or preferences, have your information removed from our mailing lists, or no longer receive marketing e-mails that we may send based on information collected via product registration cards or other sources, you may do so by:

- Adjusting the settings in an account you created through the Sites; or

- Unsubscribing via the links contained in emails from us.

## Terms of Service

**Effective Date: September 22, 2020**

**THE GAMES AVAILABLE FOR YOUR USE ON THE WEBSITES AND APPS ON WHICH THESE TERMS OF SERVICE ("Terms") RESIDE (COLLECTIVELY, THE GAMES, WEBSITES AND APPS ARE "THE PLATFORM") ARE STRICTLY FOR AMUSEMENT PURPOSES ONLY.  THE GAMES DO NOT OFFER REAL MONEY GAMBLING OR AN OPPORTUNITY TO WIN REAL MONEY OR PRIZES.  NO ACTUAL MONEY OR ANYTHING OF VALUE CAN BE WON PLAYING THESE GAMES, AND NO ACTUAL MONEY IS REQUIRED TO PLAY.  PRACTICE OR SUCCESS AT SOCIAL CASINO GAMING DOES NOT IMPLY FUTURE SUCCESS AT REAL MONEY GAMBLING.  By using the Platform, you certify that you are at least 21 years of age.**

Please read these Terms carefully before using this Platform.  Your use of the Platform constitutes agreement to these Terms.  SciPlay Corporation and/or one of its Affiliates ("Company") provides access to the Platform. For purposes of these Terms of Service, Affiliate means any person or entity which controls, is controlled by, or is under common

control with, the Company, including but not limited to Scientific Games Corporation. These Terms are entered into between you and SciPlay Corporation and its Affiliates, including but not limited to Scientific Games Corporation.

**Your agreement to these Terms includes your agreement to individually arbitrate any and all claims arising out of or in connection with these Terms or the Platform pursuant to the Federal Arbitration Act and subject to the terms below (Section 19, "Agreement to Arbitrate and Class Action Waiver"). Your agreement expressly covers claims that arose before or after the effective date of the Agreement to Arbitrate and Class Action Waiver.**

## 1. Eligibility to Participate

The Games and Platform are permitted for use only by persons 21 years of age or older.  By playing the Games or using the Platform you certify that you meet that requirement.

## 2. No Requirement to Purchase

The Platform and the Games it contains are free to play and do not require purchase of any kind.  You may claim a certain amount of Game Currency without charge upon your initial login and you may claim additional amounts of Game Currency without charge at recurring time intervals.  "Game Currency" means virtual "coins" or "points" or other virtual items that may be needed in order to play the Games.  If you exhaust your supply of available Game Currency, you may wait until additional free Game Currency is available to you or you may elect to purchase additional Game Currency.  Game Currency is licensed to you from the Company for your use on the Platform, subject to the limitations and other terms set out in greater detail below.

## 3. Changes to the Platform; Termination; Deactivation

From time to time we may update this Platform. Company may, in its sole discretion, and at any time, discontinue this Platform or any part thereof, or change the content of the Platform, with or without notice, or may prevent your use of this Platform with or without notice to you. You agree that you do not have any rights in this Platform and that Company will have no liability to you if this Platform is discontinued or your ability to access the Platform or any content you may have posted on the Platform is terminated. You further agree that Company will not be liable for any modification or suspension of the Platform.

The Platform routinely receives updates and upgrades, and these Terms may also be revised from time to time.  You must check these Terms periodically.  Company reserves the right to change, modify or amend these Terms at any time in its sole discretion.  If these Terms are revised, such revision shall take place immediately and your continued use of the Platform

indicates your acceptance of the revised Terms as to your use of the Platform both before and after the revision.  If you do not agree to any revised Terms, you should discontinue use of the Platform.

GENERALLY, ACCOUNTS CREATED WITH THE COMPANY WILL BE CONSIDERED ACTIVE UNTIL COMPANY RECEIVES A USER REQUEST TO DEACTIVATE OR DELETE THEM; HOWEVER, COMPANY RESERVES THE RIGHT TO TERMINATE ANY ACCOUNT THAT HAS BEEN INACTIVE FOR 180 DAYS.

## 4. Company Content

Content on this Platform that is provided by Company or its licensors, including certain graphics, photographs, images, screenshots, text, digitally downloadable files, trademarks, logos, product and program names, slogans, and the compilation of the foregoing (or "Content") is the property of Company and its licensors, and is protected in the U.S. and internationally under trademark, copyright, and other intellectual property laws. Content may not be used without the express written consent of Company.

You do not acquire any ownership rights by using the Platform. All comments, feedback, suggestions, ideas, and other submissions ("Ideas") disclosed, submitted, or offered to Company in connection with use of the Platform shall be the property of Company. You agree that unless otherwise prohibited by law, Company may use, sell, exploit, and disclose the Ideas in any manner, without restriction and without compensation to you, and that Company will not be required to treat any Ideas as confidential. Posting of Ideas to or through the Platform, including ideas or disclosures of opinions, is voluntary on your part. No confidential or additional contractual relationship is established by your posting of Ideas, nor is it to be implied by our review or subsequent use of your Ideas. The Company shall not be liable for any disclosure of any Ideas, including opinion(s) or suggestion(s) you post to or through the Platform. You acknowledge that you are responsible for whatever material you submit, and you, not Company, have full responsibility for the message, including its legality, reliability, appropriateness, originality, and copyright.

You agree not to download, display, use, copy, redistribute, publish, or otherwise exploit any Content located on the Platform for use in any publications, in public performances, on websites other than this Platform, for any other commercial purpose, in connection with products or services that are not those of Company, in any other manner that is likely to cause confusion among consumers, that disparages or discredits Company and/or its licensors, that dilutes the strength of Company's or its licensor's property, or that otherwise infringes Company's or its licensors' intellectual property rights. You further agree to in no other way misuse any Content or third party content that appears on this Platform.

If you are a trademark or copyright owner and you believe that your trademark or copyright rights have been violated, please provide the following information either to tos@scpl.zendesk.com or the address listed below:

(a) A physical signature of the person authorized to act on behalf of the owner of the copyright;

(b) A description of the copyrighted work that you claim has been infringed;

(c) A description of where the material that you claim is infringing is located on the Services;

(d) Your address, telephone number and email address;

(e) A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

(f) A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

SciPlay Corporation

Attn: General Counsel

6601 Bermuda Road

Las Vegas, Nevada 89119

**5. Use of the Platform**

Subject to these Terms, Company grants you a non-exclusive, non-transferable, revocable limited license to use and display the Platform and related software (excluding source and object code) for your personal (or household) non-commercial use.

As a condition of your use of and access to the Platform, you agree to comply with the following requirements, which are provided as an example rather than as a limitation, and any application or game specific rules published within the Platform: (a) you will not use any electronic communication feature of the Platform for any purpose that is unlawful, tortious, abusive, intrusive on another's privacy, harassing, libelous, defamatory, ridiculing, mocking, disparaging, intimidating, embarrassing, obscene, offensive, threatening, or hateful, promoting violence or describing how to perform a violent act; or promoting or constituting illegal activity; (b) you will not upload, post, reproduce, or distribute any information, software, or other material protected by copyright or any other intellectual property right (as well as rights of publicity and privacy) without first obtaining the permission of the owner of such rights; (c) you will not use the Platform to violate the contractual, personal, intellectual

property or other rights of any party; (d) you will not collect or store personal data about other users; (e) you will not use the Platform for any commercial purpose not expressly approved by Company in writing; (f) you will not upload, post, email, or otherwise transmit any advertising or promotional materials or any other form of solicitation or unauthorized communication; (g) you will not upload, post, email, or otherwise transmit any material that contains viruses or any other computer code, files, or programs which might interrupt, limit, or interfere with the functionality of any computer software or hardware or telecommunications equipment; (h) you will not be in violation of these Terms or the game rules of conduct; (i) you will not reverse engineer, decompile, reverse assemble, modify, or attempt to discover any software (source code or object code) that the Platform creates to generate web pages or any software or other products or processes accessible through the service; (j) you will not upload or transmit (or attempt to upload or transmit) any material that acts as a passive or active information collection or transmission mechanism, including, without limitation, clear graphics interchange formats ("gifs"), 1×1 pixels, web bugs, cookies, or other similar devices (sometimes referred to as "spyware," "passive collection mechanisms" or "pcms"); (k) except as may be the result of standard search engine or Internet browser usage, you will not use or launch, develop or distribute any automated system, including, without limitation, any spider, robot (or "bot"), cheat utility, scraper, or offline reader that accesses the Platform, or use or launch any unauthorized script or other software; (l) you will not sell the Platform or any part thereof, including but not limited to "Virtual Goods" ("Virtual Goods" include, but are not limited to, in-game virtual trophies, virtual badges, and other virtual items) or Game Currency, user accounts and access to any third party in exchange for real currency or items of monetary value; or (m) you will not engage in cheating or any other activity deemed by Company to be in conflict with the spirit or intent of the Platform.

Company does not control or endorse the content, messages, or information found in any user-content portions of the Platform or external sites that may be linked to or from the games or their forums, and, therefore, Company disclaims any responsibility with regard thereto. Company reserves the right to disable any account that has been involved in any activity that is in violation of any of the provisions of these Terms or of any individual deemed to be acting or using the Platform in a manner that is harassing or otherwise disruptive of the Platform. Company also reserves the right, but has no obligation, to monitor disputes between you and other Platform users.

You agree that Company and Company's third-party vendors may collect and use technical and usage data and related information, including but not limited to technical information about your device, geolocation, date and time of Platform access, system and application software, and peripherals, that is gathered periodically to, among other things, facilitate the provision of software updates, product support, and other services to you (if any) related to the Platform.  You grant Company the permission to use this information to improve its products or to provide services or technologies to you, as well as to provide advertising

content in which Company believes you may be interested, including working with third parties who provide targeted advertising content. You expressly consent to receive push notifications from and on behalf of Company.

## 6. Accounts, Passwords and Security

Certain areas of certain Platforms may require registration or may otherwise ask you to provide information to participate in certain features or access certain content. If you elect not to provide such information, you may not be able to access certain content or participate in certain features of the Platform or any features at all. You may not have a user ID that is indecent or distasteful or that Company otherwise deems unacceptable in Company's discretion.

If the Platform requires you to create an account or otherwise submit information, you must complete the specified process by providing Company with current, complete, and accurate information as requested by the applicable registration form. It is your responsibility to maintain the currency, completeness, and accuracy of your registration data, and any loss caused by your failure to do so is your responsibility. During the registration process, you will be asked to enter your name and valid e-mail address and choose a password. It is entirely your responsibility to maintain the confidentiality of your password and account. Additionally, you are entirely responsible for any and all activities that occur under your account, including mobile payments, all transactions and other activities undertaken with your device, whether authorized or unauthorized.  You agree to notify Company immediately of any unauthorized use of your account. You further agree not to email, post, or otherwise disseminate any user ID, password, or other information which provides you access to the Platform.  Company is not liable for any loss that you may incur as a result of someone else using your password or account, either with or without your knowledge. Company shall not be responsible for any losses arising out of the loss or theft of user information transmitted from or stored on a device or from unauthorized or fraudulent transactions associated with the Platform.

## 7. Transactions and Product Availability

Through the Platform, you may be able to order and/or pay for Company or third-party products or services.  To be able to order and pay for such products or services, you must supply certain information relevant to your transaction, including, without limitation, your credit or debit card number, the expiration date of your credit or debit card, the name on your credit or debit card, your billing address, and/or your Company gift card numbers. YOU REPRESENT AND WARRANT THAT YOU HAVE THE LEGAL RIGHT TO USE ANY CREDIT OR DEBIT CARD OR OTHER PAYMENT METHOD UTILIZED IN CONNECTION WITH ANY TRANSACTION. By submitting such information, you grant to Company and/or any required third parties the right to provide and transmit such information for purposes of facilitating the completion of transactions initiated by you or on your behalf. Verification of

information may be required prior to the acknowledgment or completion of any transaction. You agree to pay all fees and applicable taxes incurred by you or anyone using an account registered to you.

**8. Limited License to Virtual Goods and Game Currency**

Through the Platform, you may be provided an opportunity to purchase a limited license to Virtual Goods and Game Currency using real-world money at prices established by the Company in its sole discretion and made known to you at the time of purchase.  Purchase of Virtual Goods or Game Currency is never required to play the Games or access the Platform.  Virtual Goods and Game Currency can never be redeemed for real money, goods, or any other item of monetary value from Company or any other party.  Game Currency are virtual tokens that we license, and each virtual token represents contractual permission from Company to access certain features of the Platform.  You acknowledge that Virtual Goods and Game Currency are not real currency or any type of financial instrument and are not redeemable for any sum of money from Company at any time.  Company may determine and modify the permissible uses and in-Game value of Virtual Goods and Game Currency at any time in its sole discretion.  Company makes no guarantee that the Virtual Goods or Game Currency will be available, nor that they will be usable for any particular Game, function or feature, regardless of whether they were usable for such Game, function or feature at time of purchase.

Purchase, sale and transfer of Game Currency or Virtual Goods is strictly prohibited.  Violation of that prohibition may result in termination of your account and legal action. You understand that you have no right or title in Virtual Goods or Game Currency or any other attributes associated with use of the Platform or stored within the Platform, other than the extent of your limited license.

Except as required by applicable law, your purchase of the limited license for Virtual Goods and Game Currency is final and is not refundable or exchangeable, except in Company's sole discretion. You agree that Company has the right to manage, control, and modify the license rights (including terminating those rights) underlying such Virtual Goods and Game Currency in its sole discretion and that Company will have no liability to you based on its exercise of this right.

YOU ACKNOWLEDGE AND AGREE THAT COMPANY IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL GOODS OR GAME CURRENCY IF YOUR LICENSE TO USE THOSE ITEMS IS TERMINATED OR YOUR ACCOUNT CLOSED, REGARDLESS OF REASON AND REGARDLESS OF WHETHER SUCH TERMINATION OR CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**9. Rules for Sweepstakes, Contests, Instant Win Games and Similar Promotions**

Any sweepstakes, contests, raffles, surveys, games or similar promotions made available through the Platform may be governed by specific rules that are separate from and in addition to these Terms. By participating in any such sweepstakes, contest, raffle, survey, game, or similar promotion, you will become subject to those rules, which may vary from the Terms as set forth herein, and which are incorporated into these Terms. Company urges you to read the applicable rules, which may be linked from the particular activity, and to review Company's Privacy Policy, which, in addition to these Terms, governs any information you submit in connection with such activities.

## 10. Entertainment Purposes Only

The Platform and the services provided on the Platform are for entertainment purposes only and may not be used in connection with any form of gambling or wagering.

## 11. Disclaimers and Limitations of Liability

Company makes no representations about the accuracy of information on the Platform or reliability of the features of this Platform, the Content, or any other Platform feature, and disclaims all liability in the event of any service failure. You acknowledge that any reliance on such material or systems will be at your own risk. Company makes no representations regarding the amount of time that any Content will be preserved. Company does not endorse, verify, evaluate or guarantee any information or the accuracy of any information provided by users and nothing shall be considered as an endorsement, verification or guarantee of any Content. You shall not create or distribute information, including but not limited to advertisements, press releases or other marketing materials, or include links to any sites which contain or suggest an endorsement by Company without the prior review and written approval of Company.

YOUR USE OF THE PLATFORM IS AT YOUR SOLE RISK. THIS PLATFORM (INCLUDING, WITHOUT LIMITATION, ALL INFORMATION CONTAINED HEREON AND ALL VIRTUAL GOODS, GAME CURRENCY, AND SERVICES) IS PROVIDED ON AN "AS IS, AS AVAILABLE" BASIS. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THOSE OF MERCHANTABILITY, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE, ARE MADE WITH RESPECT TO THIS PLATFORM, VIRTUAL GOODS, GAME CURRENCY, OR ANY INFORMATION OR SOFTWARE THEREIN. WITHOUT DEROGATING FROM THE FOREGOING, NEITHER COMPANY NOR ITS AFFILIATES OR SUBSIDIARIES, OR ANY OF THEIR DIRECTORS, EMPLOYEES, AGENTS, ATTORNEYS, THIRD-PARTY CONTENT PROVIDERS, DISTRIBUTORS, LICENSEES OR LICENSORS ("COMPANY PARTIES") WARRANT THAT THE PLATFORM WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE. YOU ACKNOWLEDGE AND AGREE THAT, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES, INCLUDING BUT NOT LIMITED TO ACTIONS FOR BREACH OF CONTRACT, TORT

(INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR BREACH OF WARRANTY, OR OTHERWISE,  SHALL COMPANY PARTIES BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO DAMAGES FOR LOSS OF PROFITS, USE, BUSINESS, GOODWILL OR DATA, COST OF PROCURING SUBSTITUTE GOODS, SERVICES OR INFORMATION, LITIGATION OR THE LIKE) THAT RESULT FROM THE USE OF OR INABILITY TO USE THIS PLATFORM, OR LOSS OF VIRTUAL GOODS OR GAME CURRENCY, NOR SHALL COMPANY BE RESPONSIBLE FOR ANY DAMAGES WHATSOEVER THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES, ERRORS, DEFECTS, DELAYS IN OPERATION OR TRANSMISSION, OR ANY FAILURE OF PERFORMANCE WHETHER OR NOT CAUSED BY EVENTS BEYOND COMPANY'S REASONABLE CONTROL, INCLUDING BUT NOT LIMITED TO ACTS OF GOD, COMMUNICATIONS LINE FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO THIS PLATFORM'S RECORDS, PROGRAMS, OR SERVICES, EVEN IF YOU ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. UNDER NO CIRCUMSTANCES, INCLUDING BUT NOT LIMITED TO A NEGLIGENT ACT, WILL COMPANY PARTIES OR ITS AFFILIATES OR AGENTS BE LIABLE FOR ANY DAMAGE OF ANY KIND THAT RESULTS FROM THE USE OF, OR THE INABILITY TO USE, THE PLATFORM, VIRTUAL GOODS, OR GAME CURRENCY, EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, OUR LIABILITY TO YOU AND YOUR ABILITY TO RECOVER DAMAGES FROM THE COMPANY PARTIES SHALL BE LIMITED TO FEES YOU PAID TO PURCHASE VIRTUAL GOODS OR GAME CURRENCY, IF ANY, AND NO OTHER FORM OF OR GREATER DAMAGE SHALL BE PERMITTED.  SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY AS SET FORTH IN THIS SECTION; AS A RESULT, AND SOLELY TO THAT EXTENT, SOME OR ALL OF THE ABOVE LIMITATION(S) OR EXCLUSION(S) MAY NOT APPLY TO YOU.

## 12. You Agree to Indemnify Company

You agree to indemnify and hold Company, its parents, subsidiaries, officers, employees, agents, and website contractors and each of their officers, employees and agents harmless from any claims, losses, damages, liabilities, and expenses, including legal fees and costs, related to your use or misuse of the Platform, any activity related to your account by you or any other person, any material that you submit to, post on or transmit through the Platform (including, without limitation, Ideas), your infringement or violation of any rights of another, termination of your access to the platform, any violation of these Terms, or any breach of the representations, warranties, and covenants made by you herein. Company reserves the right, at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify Company, and you agree to cooperate with Company's

defense of these claims. Company will use reasonable efforts to notify you of any such claim, action, or proceeding upon becoming aware of it. You agree that the provisions in this paragraph will survive any termination of your account or of the Platform.

## 13. Loyalty Program(s)

By using certain Platforms, you agree to be a member of the Rewards Club Loyalty Program or other loyalty programs from time to time. You acknowledge that any such program and your membership may be subject to additional terms and conditions.

## 14. Platform App Users

The use of the Platform app requires use of a mobile device and wireless mobile data service, which must be obtained from your wireless carrier, and may require Internet access, which must be obtained from your service provider; you are responsible for obtaining and paying for such additional services and obtaining a suitable device, including without limitation all usage charges related thereto. You are required to send and receive, at your cost, electronic communications related to the Platform, including without limitation, administrative messages, service announcements, diagnostic data reports, and Platform updates, from Company, your mobile carrier or third party service providers. If you do not have an unlimited wireless mobile data plan, you may incur additional charges from your wireless service provider in connection with your use of the Platform. You are solely responsible for obtaining any additional subscription or connectivity services or equipment necessary to access the Platform, including but not limited to payment of all third party fees associated therewith, including fees for information sent to or through the Platform.

Company may, at its discretion, automatically download Platform updates to your device from time to time. You agree to accept these Platform updates, and to pay for any costs associated with receiving them. The Platform may not work with all devices or all mobile carriers. Company makes no representations that the Platform will be compatible with or provided by all mobile carriers. In the event that fees are charged for the Platform, or other third party service providers charge a fee for the products or services they provide, you agree to pay such fee to the respective party in exchange for your continued use of such products or services. Some services may be subject to different or additional terms (including fees), which you will be required to agree to prior to your use of such services.

## 15. Users of the Apple Platform

If you download and use our iPhone or iPad App: You, the end-user of this Platform, acknowledge that this agreement is entered into by and between Company and you and not with Apple, Inc., and Apple, Inc. is not responsible for the Platform and/or its content. Notwithstanding the foregoing, you acknowledge that Apple, Inc. and its subsidiaries are third-party beneficiaries of this agreement and that Apple, Inc. has the right (and is deemed to have accepted the right) to enforce this agreement. You acknowledge that Apple, Inc. has

no obligation whatsoever to maintain or support the Platform. You acknowledge that you have reviewed the App Store Terms and Conditions (located online at Apple Apps Terms). This agreement incorporates by reference the Licensed Application End User License Agreement (the "LAEULA") published by Apple, Inc. (located online at Apple User License Agreement). For purposes of these Terms, the Platform is considered the "Licensed Application" as defined in the LAEULA and Company is considered the "Application Provider" as defined in the LAEULA. If any terms of these Terms conflict with the terms of the LAEULA, these Terms shall control. You further acknowledge and agree that in no event will Apple, Inc. be responsible for any claims relating to the Platform (including, without limitation, a third party claim that the Platform infringes that third party's intellectual property rights) or your use or possession of the Platform, including but not limited to: (i) product liability claims; (ii) any claim that the Platform fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

## 16. Export Controls

The Platform is subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the Platform. These laws include restrictions on destinations, end users and end use. You may not use or otherwise export, re-export, divert, transfer, or disclose any portion of the Platform or any related technical information or materials, directly or indirectly, except as authorized by United States law and the laws of the jurisdiction in which the Platform was obtained.  In particular, but without limitation, the Platform may not be exported, re-exported, diverted, transferred, or disclosed (a) into any U.S. embargoed countries or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce Denied Person's List or Entity List.  You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (ii) you are not listed on any U.S. Government "watch list" of prohibited or restricted parties, including the Specially Designated Nationals list published by the Office of Foreign Assets Control of the U.S. Treasury or the Denied Persons List published by the U.S. Department of Commerce. You also agree that you will not use the Platform for any purposes prohibited by United States law.

## 17. Third Party Websites

This Platform may hyperlink to sites and platforms not maintained by or related to Company. If you use these links, you will leave the Platform. You use these links at your own risk. Hyperlinks are provided as a service to users and are not sponsored by or affiliated with this Platform or Company, and Company makes no representations or warranties about the content, completeness, or accuracy of those third party sites, and disclaims any responsibility for the content, legality, decency or accuracy of any information, and for any products and services, that appear on any third party website or application. Your dealings

with third parties through links to such third party websites or applications are solely between you and such third parties. Information you submit at a third party site accessible from this Platform is subject to the terms of that site's privacy policy, and Company has no control over how your information is collected, used, or otherwise handled.

## 18. Privacy and Location Based Services

Company respects the privacy of visitors to our Platform. Information collected from you through social networks, including, but not limited to, platforms such as Facebook, Twitter, Instagram, or other social media platforms, is subject to the pertinent social network's policy. On certain areas of our Platform, you may be given the ability to provide us with personally identifiable information.  Please read our Privacy Policy for more information about our information collection and use practices. You acknowledge and agree that this Privacy Policy, including but not limited to the manner in which Company collects, uses, and discloses your personally identifiable information, applies to information you submit on this Platform is incorporated and made a part of these Terms, and that you hereby agree to the terms of that Policy. If you do not agree to each and every part of Company's Privacy Policy, then you should not use the Platform. Questions regarding privacy issues should be directed to SciPlayDPO@scientificgames.com.

In addition, this Platform may use location-based services to locate you. If you choose to use the location-based services portion of this Platform, you consent to Company and/or its third party provider accessing your approximate or exact location. You also grant Company permission to use this information to improve its products or to provide services or technologies to you, as well as to provide advertising content in which Company believes you may be interested, including working with third parties who provide targeted advertising content. For more information, please see the Company Tracking Tools disclosure.

## 19. Agreement to Arbitrate and Class Action Waiver

By agreeing to these Terms, you agree to binding arbitration, pursuant to the Federal Arbitration Act and subject to the terms below, of any and all claims (regardless of the date of accrual of such claim) arising out of or in connection with these Terms or the Platform. Your agreement covers claims that arose prior to, as well as those that may arise after, the effective date of the Agreement to Arbitrate. You and Company agree that we intend that this Section 19 satisfies the "writing" requirement of the Federal Arbitration Act and further agree that, notwithstanding any other provision of the Terms, the Federal Arbitration Act shall govern the interpretation and enforcement of this Agreement to Arbitrate.

**19.1** If a dispute arises or has arisen between you and Company regarding a claim, you and we agree to alternative dispute resolution.  Our goal is to provide you with a neutral and cost-effective means of resolving the dispute quickly.  If any controversy, allegation or claim arises out of, has arisen out of, or relates to the Platform or these Terms, your decision to

enter into these Terms, or any additional matters within the scope of this Agreement to Arbitrate (collectively, "Dispute(s)"), then you and we agree to send a written notice to the other providing a reasonable description of the Dispute, along with a proposed resolution of it.  Our notice to you will be sent to you based on the most recent contact information that you provide us.  However, if no such information exists or if such information is not current, then we have no obligation under this section.  Your notice to us must be sent to:

SciPlay Corporation

Attn: General Counsel

6601 Bermuda Road

Las Vegas, Nevada 89119

For a period of sixty (60) days from the date of receipt of notice from the other party, we and you will engage in a dialogue in order to attempt to resolve the Dispute, although neither party is required to resolve such Dispute on terms which each party, in its sole discretion, deems unsatisfactory.

**19.2**    If we cannot resolve a Dispute within sixty (60) days of receipt of such notice, then either you or we may elect to submit the Dispute to mandatory, binding arbitration as hereinafter described.  **WITH ARBITRATION, (A) THERE IS NO JUDGE OR JURY, (B) THE ARBITRATION PROCEEDINGS AND ARBITRATION OUTCOME ARE SUBJECT TO CERTAIN CONFIDENTIALITY RULES, AND (C) JUDICIAL REVIEW OF THE ARBITRATION OUTCOME IS LIMITED**.

Further, you and Company agree that, Disputes resolved in arbitration **will be arbitrated only on an individual basis and NOT A CLASS-WIDE BASIS. ARBITRATION OF THE DISPUTE BETWEEN COMPANY AND YOU will not be consolidated with any other arbitration or other proceedings that involve any OTHER PARTY'S claim or controversy**. But if, for any reason, any court with competent jurisdiction or any arbitrator selected pursuant to this arbitration provision holds that this restriction, limiting the arbitration to Disputes between you and Company, is unenforceable, then our agreement above to arbitrate will not apply and the Dispute must be brought exclusively in court pursuant to Section 20 below.

**19.3**    Should either you or Company elect to resolve the Dispute by way of binding arbitration, the arbitration shall proceed in accordance with the then-current Commercial Arbitration Rules of the American Arbitration Association ("AAA"), except that in no event shall the arbitration proceed as a class or representative action.  If the Dispute has a claimed value of not more than $5,000,000, then the arbitration will be heard and determined by a single, neutral arbitrator who is a retired judge or a lawyer with not less than ten (10) years' experience as a practicing member of the bar in the substantive practice area related to the

Dispute, who will administer the proceedings in accordance with the AAA's then-current Supplementary Procedures for Consumer Related Disputes (however then-titled).  If the Dispute has a claimed value of more than $5,000,000, then the arbitration will be heard and determined by a three (3) member panel, with one member to be selected by each party and the third (who will chair the panel) selected by the two (2) party-appointed members or by the AAA in accordance with the then-current Commercial Arbitration Rules (however then-titled).  The arbitrator or arbitration panel, as the case may be, will apply applicable law and the provisions of these Terms, will determine any Dispute according to applicable law and facts based upon the record and no other basis, and will issue a reasoned decision.

If a party properly submits the Dispute to the AAA for arbitration and the AAA is unwilling or unable to set a hearing date within sixty (60) days of the filing of a "demand for arbitration," then either party can elect to have the arbitration administered by the Judicial Arbitration and Mediation Services Inc. ("JAMS") using JAMS' streamlined Arbitration Rules and Procedures, or by any other arbitration administration service to which you and a legal officer of Company consent in writing, except, as noted above, that in no event shall the arbitration proceed as a class or representative action. The substantive practice area requirements for the arbitrator and the $5,000,000 threshold for the number of arbitrators assigned to the Dispute set forth in the paragraph above will also apply to any such arbitration under JAMS or other arbitration service.

You can obtain AAA and JAMS procedures, rules, and fee information as follows:

AAA: 1.800.778.7879 or www.adr.org

JAMS: 1.800.352.5267 or www.jamsadr.com

All parties to the arbitration will have the right, at their own expense, to be represented by an attorney or other advocate of their choosing.   The parties may agree to conduct the arbitration proceedings electronically (including via telephone or video conference) or purely based on written submissions.  If an in-person arbitration hearing is required, then it will be conducted in the "metropolitan statistical area" (as defined by the U.S. Census Bureau) where you are a resident at the time the Dispute is submitted to arbitration. You and we will pay the administrative and arbitrator's fees and other costs in accordance with the applicable arbitration rules (including any rules regarding hardship), but if applicable arbitration rules or laws require Company to pay a greater portion or all of such fees and costs in order for this arbitration provision to be enforceable, or if the arbitrator(s) determine that you would experience an extreme hardship by paying your share of arbitration fees and costs prior to resolution of the Dispute, then Company will have the right to elect to pay the fees and costs and proceed to arbitration.  Discovery will be permitted pursuant to the applicable arbitration rules. The arbitrator's decision must consist of a written statement stating the disposition of each claim of the Dispute and must provide a statement of the essential findings and

conclusions on which the decision and award (if any) are based.  The arbitrator may award the prevailing party attorneys' fees and costs in its discretion and consistent with applicable law.

**19.4**  Notwithstanding the foregoing, either party may seek, from the court specified in Section 20 or any other court that otherwise possesses jurisdiction over the parties, temporary injunctive relief to preserve the status quo or to prevent imminent or stop ongoing harm, until an arbitrator can be empaneled and can determine whether to continue, modify or terminate that relief.  Actions to compel arbitration pursuant to this Agreement to Arbitrate or to enforce an arbitral award rendered pursuant thereto may be brought in any court specified in Section 20 or that otherwise possesses jurisdiction over the parties.

**19.5**  You may opt out of this arbitration provision only by sending written notice via U.S. Mail, or by any nationally recognized delivery service (e.g., UPS, Federal Express, etc.), to:

SciPlay Corporation

Attn: General Counsel

6601 Bermuda Road

Las Vegas, Nevada 89119

**You must send such notice within thirty (30) days of your acceptance of these Terms of Service.**  You must sign and date the notice, and include in it your name, address, and a clear statement that you do not wish to resolve Disputes with Company through arbitration.  If you do not follow this procedure by your thirty (30) day deadline to do so, then you and Company shall both be bound by the terms of this arbitration provision.

**19.6**  Notwithstanding the foregoing or any other terms to the contrary, IN THE EVENT A DISPUTE ARISES OR HAS ARISEN BETWEEN YOU AND COMPANY THAT IS NOT ARBITRATED FOR ANY REASON, YOU AGREE THAT SUCH DISPUTE will be resolved individually, without resort to any form of class action.

## 20. No Jury Trial

YOU agree to irrevocably waive ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING ARISING OUT OF OR RELATING TO THIS PLATFORM AND/OR THESE TERMS.

## 21. Governing Law and Venue

These Terms will be governed by and construed in accordance with the internal laws of Nevada without regard to conflict or choice of laws principles.  Each of the United Nations Convention on Contracts for the International Sale of Goods and the United Nations

Convention on the Limitation Period in the International Sale of Goods is hereby expressly excluded and will not apply to these Terms.

## 22. One Year Claims Limitations Period

YOU AGREE THAT REGARDLESS OF ANY STATUTE OR LAW TO THE CONTRARY, ANY CLAIM OR CAUSE OF ACTION ARISING OUT OF OR RELATED TO USE OF THE PLATFORM OR THESE TERMS MUST BE FILED WITHIN ONE (1) YEAR AFTER SUCH CLAIM OR CAUSE OF ACTION AROSE (AND RECOVERY SHALL BE LIMITED TO THAT ONE-YEAR PERIOD) OR BE FOREVER BARRED.

Subject to the provisions of Section 19, all disputes arising out of or connected with these Terms or the Platform must be brought exclusively in the federal or state courts located in Clark County, Nevada, and the parties hereby submit to the jurisdiction thereof.

## 23. Miscellaneous

If any material on this Platform, or your use of this Platform, is contrary to the laws of the place where you are when you access it, this site is not intended for you, and you may not use this Platform.

Both you and Company acknowledge and agree that no partnership is formed and neither you nor Company has the power or the authority to obligate or bind the other.

If Company fails to act with respect to your breach or anyone else's breach on any occasion, Company is not waiving its right to act with respect to future or similar breaches. If any provision of these Terms shall be unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from these Terms and shall not affect the validity and enforceability of any remaining provisions.

These Terms constitute the entire agreement between you and Company regarding the use of the Platform, subject to any additional rules governing contests, sweepstakes or Games as contemplated herein. By using the Platform you represent that you are capable of entering into a binding agreement, and that you agree to be bound by these Terms.

## 1. ELECTRONIC AGREEMENT

You acknowledge and agree that your acceptance of these Terms and your use of the Platform constitutes your "electronic signature" indicating your desire to use the Platform. Your "electronic signature" indicates your acceptance of this Agreement, and your consent to receive communications about this Agreement electronically.

Additionally, if you would like to update your contact information or preferences, have your information removed from our mailing lists, or no longer receive marketing e-mails that we may send based on information collected via product registration cards or other sources, you

may do so by:

- Adjusting the settings in an account you created through the Sites; or

- Unsubscribing via the links contained in emails from us.

## Privacy Policy

**Effective Date: September 22, 2020**

This website is developed and maintained by SciPlay Corporation (hereinafter "SciPlay," "we," or "us"). The data controller is SciPlay Corporation and can be contacted as explained below in the How to Contact Us section.

The data protection officer is:

Heward Mills

15 Old Bailey Rd., London EC4M 7EF

SciPlayDPO@scientificgames.com

**CUSTOMER SERVICE INQUIRIES**:  Please note that the above address is for inquires related to the privacy policy and personal data only.  You may also use the link found at the end of the policy to submit privacy policy and personal data inquiries.  Standard customer service requests should be addressed to  cs.help@scpl.zendesk.com.

When you visit our websites, mobile applications, official social media sites, or other online properties, collectively "Sites" or "Services," SciPlay may collect and use certain information about you. SciPlay recognizes that you care about how your information is used, and your privacy is important to us. This Privacy Policy explains how we may collect and use your information, particularly your personal information, and the choices you can make about what information you share.

This Privacy Policy applies to information collected by our Sites and Services, including, but not limited to, all websites and applications that post a link to this Privacy Policy. Please read this Privacy Policy carefully.  By continuing to interact with our Sites and Services, you are agreeing to the practices described in this Privacy Policy, as permitted by applicable law.

**If you are located in the European Union ("EU") or the United Kingdom ("UK")**, this Privacy Policy also informs you about the management of your personal data and your rights in accordance with Article 13 of the General Data Protection Regulation ("GDPR").

**If you are a resident of California**, this Privacy Policy also informs you of certain privacy rights under California law.

**UPDATES TO OUR PRIVACY POLICY**

We ask that you read this Privacy Policy from time to time. SciPlay may modify this Privacy Policy at any time in its sole discretion. If we make material changes to this Privacy Policy that increase our rights to use personal information we have previously collected about you, or if we intend to process your personal data for a purpose other than that for which the personal data was first collected, we will provide you with additional information necessary to ensure fair and transparent processing and obtain your consent where required by law.

**INFORMATION WE COLLECT**

SciPlay collects information about you when you interact with our Sites and Services. When you use our Sites and Services, we collect information about one or more devices associated with you that you use to access the Sites, such as a computer, mobile phone, or tablet.

**Information collected solely from playing our games**: We collect, store, and use information you provide to us from one or more devices associated with you when you play our games (which comprise a portion, but not all, of the Services), including when you log into a game or register for an account from one or more of your devices, or otherwise interact with us through the Apps that make up the Services.  Information that we collect when you play our games includes your device ID, language, game preferences and general geolocation.  If you sign in with your Facebook account, we will collect your first name, last name, middle name, short name, and profile picture.  In addition, when you make a purchase through our Games, a third-party payment processor will collect your billing information, such as payment card information and billing address.

**Information collected from websites**:  We collect, store, and use information you provide to us from one or more devices associated with you when you use our Sites, including when you log into the Sites or Services from one or more of your devices, register for an account, complete a web form or post on our website, make a purchase, add or update your account information, apply for a job at SciPlay, make a customer service request or send us a customer service email, or otherwise correspond with us regarding the Sites. Information that we collect, when you provide it to us, includes your name, physical address, country of residence, email address, telephone number, language, age, gender, and employment history information. We collect your social media information or profile, such as your application-specific Facebook ID, first name, last name, middle name, short name, and profile picture if you sign in with your Facebook account. In addition, when you make a purchase through our Sites, a third-party payment processor will collect your billing information, such as payment card information.

We also receive information about you from third-party business partners, including social media platforms. We will combine this information with information we already have.

**INFORMATION WE AUTOMATICALLY COLLECT**

We automatically collect information about the devices you use to interact with our Sites. We automatically collect your device identifier, web browser type and version, IP address, general geolocation, language, and browsing information collected through cookies and beacons.  We also automatically collect information about how you use the Sites, such as what you have searched for and viewed on the Sites. The information automatically collected will be associated with any personal information you have provided.

We collect certain information by automated means when you visit our Sites, such as how many users visited our Sites and the pages accessed. By collecting this information, we learn how to best tailor our Sites to our visitors.

**Cookies.**  Like many companies, we use "cookies" on some of our Sites. Cookies are pieces of code placed on your devices when you visit certain websites. We use cookies to tell us, for example, whether you have visited us before or if you are a new visitor, and to help us identify features of the Sites in which you may have the greatest interest. Cookies may enhance your online experience by saving your preferences while you are visiting a particular website.

Most web browsers will tell you how to stop accepting new cookies, how to be notified when you receive a new cookie, and how to disable existing cookies. Please note, however, that without cookies you may not be able to take full advantage of the features and functionality of the Sites.

**Web Beacons.**  Certain pages on our website contain "web beacons" (also known as Internet tags, pixel tags, and clear GIFs). These web beacons allow third parties to obtain information, such as the IP address of the computer that downloaded the page on which the beacon appears; the URL of the page on which the beacon appears; the time the page containing the beacon was viewed; the type of browser used to view the page; and the information in cookies set by the third party.

**IP Addresses.**  An IP address is a unique identifier that certain electronic devices use to identify and communicate with each other on the Internet. When you visit our website, we view the IP address of the device you use to connect to the Internet. We then use this information to determine the general physical location of the device and understand the general locations of our website visitors. We also use this information to enhance our Sites.

**HOW WE USE THE INFORMATION WE COLLECT ABOUT YOU**

We may use your information for the following purposes:

**To Communicate With You**

- To provide you with customer support;

- To process your purchases and transactions;

- To communicate with you about our products and services, including promotions, solicitations and offers; or

- To send you further notices, financial news notifications, brochures, or other marketing materials regarding our Sites, our products, and the services of our businesses, affiliates, business partners or authorized dealers.

**To Manage and Improve Our Business Operations**

- To provide you with access to the Services;

- To serve the functions of the Sites;

- To manage everyday business needs, such as administering and improving the Sites;

- To analyze and improve the performance and functioning of the Sites;

- To analyze how you use the Sites and to perform other market research;

- For internal operations, including troubleshooting, testing and analytics;

- To tailor content on the Sites and target our advertising;

- For compiling aggregated and de-identified information; and

- To assist us in developing new products and improving our Services.

**To Ensure a Secure Online Environment and Comply with Legal Obligations**

- To protect against and detect fraud, abuse, or other unlawful activity;

- To enforce our Terms of Use, other corporate policies, and industry standards; and

- To comply with all applicable laws and reporting obligations.

If you notify us that you do not wish to be contacted for marketing purposes, we will not send you marketing information. To opt out of receiving our promotional emails or if you object to our use of your information for direct marketing purposes, please unsubscribe via the links contained in the emails you receive from us or submit a request using our Privacy Rights Request form linked at the end of this policy.

**DO NOT TRACK**

Our Sites do not collect personal information about your online activities over time and across third-party websites or online services. Therefore, "do not track" signals transmitted from web browsers do not apply to our Sites, and we do not alter any of our data collection and use practices upon receipt of such a signal.

**BUSINESS STRUCTURE CHANGES**

We reserve the right to disclose and transfer all information related to our Sites, including personal data:

- To a subsequent owner, co-owner, or operator of one or more of the Sites; or

- In connection with a corporate merger, consolidation, or restructuring, the sale of substantially all of our stock and/or assets, or other corporate change, including, without limitation, during the course of any due diligence process.

**INFORMATION WE SHARE**

We share information within the SciPlay family of companies, including future subsidiaries and affiliates.

We share your information with service providers who perform services and functions on our behalf to support our interactions with you including, for example, providing our products and services, processing your purchases, or communicating with you. We also share information with companies that operate our websites and third party analytics companies who conduct market research on our behalf. These service providers are not authorized by us to use or disclose the information, except as necessary to perform services on our behalf or comply with legal requirements.

As part of our Sites and Services, third party ad servers present or serve advertisements, provide us with reporting, ad response management, and Site analytics, and assist with delivery of relevant marketing messages and advertisements. These third parties may view, edit, or set their own cookies. The use of these technologies by these third parties is subject to their own privacy policies and is not covered by this Privacy Policy. Third parties may also obtain information about other sites you have visited or applications that you have downloaded to your mobile device, and other information about you or your device in order to help analyze and serve anonymous targeted advertising on the Site and elsewhere.

SciPlay also shares limited geolocation information with third parties, including advertisers such as Google and Facebook and parties who provide targeted advertising and analytics services.

**NAI.** For more information about third party ad servers on our Sites and Services and your ability to opt out of targeted advertising from such third parties, please visit the Network Advertising Initiative at http://networkadvertising.org and its opt-out tool at http://optout.networkadvertising.org.

**DAA.** Information and resources to opt out of internet-based advertising are available from the Digital Advertising Alliance (DAA) at http://www.aboutads.info/choices/.

You may also opt out of tracking and receiving tailored advertisements on your mobile device by some mobile advertising companies and other similar entities by downloading the App Choices app at www.aboutads.info/appchoices.

**EDAA.** Information and resources to opt out of interest-based advertising are available from the European Interactive Digital Advertising Alliance at http://www.youronlinechoices.eu.

We may also share aggregated or de-identified information with third parties that does not identify you personally.

In addition, we will disclose information about you:

- If we are required to do so by law or legal process;

- To law enforcement authorities or other government officials, as necessary;

- When we believe disclosure is necessary or appropriate to prevent physical harm or financial loss or in connection with an investigation or suspected or actual illegal activity;

- If necessary to protect the vital interests of a person;

- To enforce our Terms of Use;

- To protect our property, services, and legal rights;

- To prevent fraud against SciPlay, our affiliates, business partners, or authorized dealers;

- To support auditing, compliance, and corporate governance functions; or

- To comply with any and all applicable laws.

In certain situations, SciPlay may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

**SOCIAL NETWORKING**

This website allows users to sign into and associate social media accounts, including but not limited to, Facebook and LinkedIn, with the Sites and Services. By using this functionality, you give SciPlay permission to access all of the elements of your social network profile information that you have made available to be shared and to use it in accordance with the social network's terms of use and this Privacy Policy. Please refer to the privacy settings in

33/40

your social network account for information about what data is shared with SciPlay and other connected applications and to manage the data that is shared through your account, including information about your activities using our Sites and Services.

SciPlay does not retain your username or password for social networking platforms for any longer than is necessary to complete an interaction. If you would like to disconnect a social media account from SciPlay, please refer to the settings of that social media account and its provider.

## CHILDREN'S PRIVACY

Our sites are general audience Sites not directed at children under the age of 13. If we obtain actual knowledge that any information we collect has been provided by a child under the age of 13, we will promptly delete that information and disable the associated account.

## LINKS TO OTHER WEBSITES

Our Sites may provide links to other websites for your convenience and information, including those that are operated by third parties. Third party websites may operate independently from our Sites, which means we are not responsible for their content, how they use your information, or their privacy practices.

## INFORMATION WE TRANSFER

The Sites to which this Privacy Policy applies are subject to United States law, unless otherwise provided herein. SciPlay transfers personal data on a regular basis to its parent company in the United States of America. SciPlay ensures that all personal data from individuals in the European Union is processed in accordance with the General Data Protection Regulation. All cross-border transfers are made through an approved transfer mechanism—such as our Intra-Group Data Transfer Agreement or Standard Contractual Clauses, or with your explicit consent. SciPlay's agreements and clauses may be requested by contacting SciPlayDPO@scientificgames.com.

In addition, we transfer the personal information we collect on the Sites to countries other than the United States where we do business, which may not have the same data protection laws as the country in which you reside. When we transfer your information to other countries, we will protect that information as described here, even though a given country may not have the same privacy and data protection laws as the country in which you reside.

SciPlay complies with the EU-U.S. Privacy Shield Framework and/or the Swiss-U.S. Privacy Shield Framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information transferred from the European Union and/or Switzerland to the United States. SciPlay has certified to the Department of Commerce that it adheres to the Privacy Shield Principles. If there is any conflict between

the terms in this privacy policy and the Privacy Shield Principles, the Privacy Shield Principles shall govern. To learn more about the Privacy Shield program, and to view our certification, please visit https://www.privacyshield.gov.

With respect to personal data received or transferred pursuant to the Privacy Shield Framework, SciPlay is subject to the investigatory and enforcement powers of the U.S. Federal Trade Commission (FTC).

In compliance with the Privacy Shield Principles, SciPlay commits to resolve complaints about our collection or use or your personal information. The independent dispute resolution body designated to address complaints and provide appropriate recourse free of charge is JAMS. European Union and/or Swiss individuals with inquiries or complaints regarding our Privacy Shield policy should first contact SciPlay at SciPlayDPO@scientificgames.com.

SciPlay is responsible for the processing of personal data it receives under the Privacy Shield Framework or subsequently transfers to a third party acting as an agent on its behalf, except where SciPlay is not responsible for the event giving rise to the damage.

If you have any questions or concerns regarding our Privacy Shield certification, please contact SciPlayDPO@scientificgames.com.

**CALIFORNIA RESIDENTS**

If you are a California Resident, California law provides you with certain rights regarding your personal information, including the right to know about personal information collected, disclosed, or sold. You also have the right to request that we delete any or all of your personal information that we have collected from you, subject to certain exceptions, and the right not to be discriminated against if you exercise any of your rights under the California Consumer Privacy Act.

SciPlay may have collected the following categories of personal information from California residents in the past 12 months:

- Identifiers such as a name, postal address, IP address, email address, or other similar identifiers.

- Categories of personal information described in subdivision (e) of

  .

- Characteristics of protected classifications under California or federal law.

- Commercial information, including records of products or services purchased or considered.

35/40

- Internet or other electronic network activity information.

- Geolocation data.

- Professional or employment-related information.

- Education information.

- Inferences drawn from any of the information identified above.

We collect this personal information from a number of sources, including from you directly and from consumer data resellers, and use it for the purposes disclosed in this Privacy Policy.  We may have disclosed the categories of personal information identified above to certain third parties for a business purpose over the past twelve months, including internet service providers,  data analytics providers, government entities, operating systems and platforms, and social networks.  Where we disclose information for a business purpose, we enter into a contract that describes the business purpose and requires the recipient to keep the personal information confidential and not use it for any purpose except for performing the contract.

SciPlay will not and has not sold personal information of California residents, including those under 16 years of age, to third parties for a commercial purpose in the preceding twelve months.

***Right to Know***

California residents have the right to request that SciPlay disclose certain information about our collection and use of your personal information over the past 12 months.  Once we receive and confirm your verifiable consumer request (see **Requests to Know and Delete** below for instructions), we will disclose to you:

- The categories of personal information we collected about you.

- The categories of sources for the personal information we collected about you.

- Our business or commercial purpose for collecting that personal information.

- The categories of third parties with whom we share that personal information.

- The specific pieces of personal information we collected about you (also called a data portability request).

- If we disclosed your personal information for a business purpose, a list identifying the personal information categories that each category of recipient obtained.

***Right to Delete***

You have the right to request that SciPlay delete the personal information that we collected from you and retain, subject to certain exceptions. Once we receive and confirm your verifiable consumer request (see **Requests to Know and Delete** below for instructions), we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies.

### *Requests to Know and Delete*

To exercise your right to know and right to delete described above, please submit a verifiable consumer request to us using our Privacy Rights Request form found at the end of this policy or you can e-mail us at SciPlayDPO@scientificgames.com.

Only you, or someone legally authorized to act on your behalf, may make a verifiable consumer request related to your personal information. If you wish to submit a verifiable consumer request on behalf of another individual, we will also need sufficient information to verify that the individual is the person about whom we collected personal information and that you are authorized to submit the request on their behalf.

You may only make a verifiable consumer request to know or delete your data twice within a 12-month period. Your request must:

- Provide sufficient information that allows us to reasonably verify you are the person about whom we collected personal information or are an authorized representative.

- Describe your request with sufficient detail that allows us to properly understand, evaluate, and respond to it.

We will need to verify your identity before processing most requests, which may require us to obtain additional personal information from you. We will only use the personal information provided in connection with a request to review and comply with the request.  If you do not provide this information, we may not be able to verify or complete your request.

Making a verifiable consumer request does not require you to create an account with us.

### *Response Timing and Format*

We endeavor to respond to a verifiable consumer request within forty-five (45) days of its receipt. If we require more time, we will inform you of the reason for the extension.

Any disclosures we provide will only cover the 12-month period preceding the verifiable consumer request's receipt. For data portability requests, we will select a format to provide your personal information that is readily useable.

We do not charge a fee to process or respond to your verifiable consumer request unless it is excessive, repetitive, or manifestly unfounded. If we determine that the request warrants a fee, we will tell you why we made that decision and provide you with a cost estimate before completing your request.

In certain circumstances, we may decline a request to exercise the rights described above.

California Civil Code Section 1798.83 permits California residents to request information regarding the disclosure of their personal information by us to third parties for the third parties' direct marketing purposes within the immediately preceding calendar year. We will provide you with a list of the categories of personal information disclosed and a list of the names and addresses of the third parties. To make such a request, please fill out our Privacy Rights Request form below and select "Shine the Light" the dropdown menu.

**NEVADA RESIDENTS**

SciPlay does not sell personal information of Nevada residents to third parties; however, Chapter 603A of the Nevada Revised Statutes permits a Nevada resident to opt out of future sales of certain covered information that a website operator has collected or will collect about the resident. To submit such a request, please contact us using our Privacy Rights Request form and make sure you include the words "Nevada opt-out" in the "Request Details" section of the request form.

**YOUR RIGHTS IF YOU ARE LOCATED IN THE EU, SWITZERLAND OR UK**

If you are located in the EU, Switzerland or the UK, we process your personal data when we have a legal basis to do so. We will rely on the following legal bases for processing your personal data, depending on our purpose for such processing.

**Legal Basis for Processing**

*You have consented to the processing of your personal data*: We will obtain your consent before using or sharing your data for advertising that is targeted based on your browsing history or online behavior on other websites or online services. If you consent to our use of your personal data for any purpose, you have the right to withdraw consent at any time by contacting us, as explained below.

*Processing is necessary to fulfill a legitimate interest*:  We have a legitimate interest in processing your personal data for certain business and security purposes, to better understand our customers and the users of our Sites and Services, and to comply with applicable laws.

*Processing is necessary for compliance with a legal obligation*: We will process personal data when necessary to comply with an obligation under EU law, EU Member State law or, with respect to individuals residing in Switzerland, a Swiss law.

*Processing is necessary to perform a contract*: We will process personal data when necessary to perform a contract with you or to fulfill a request you have made.

**Your Rights Regarding Your Personal Data**

In addition, you have certain rights with respect to your personal data, subject to exceptions as provided in the GDPR. If you would like to exercise any of the rights described below, please use the Privacy Rights Request form found at the end of this policy or through one of the methods in the "Contact For More Information" section, below.

*Right of Access*: You have the right to obtain confirmation as to whether we are processing personal data about you, and if so, to request a copy of the information. To help protect your privacy and security, we will take reasonable steps to verify your identity, such as requiring a password and user ID, before granting access to your information.

*Right to Rectification*: You have the right to correct any inaccuracies in the information that we hold about you and, where applicable, complete any incomplete information that we hold.

*Right to Erasure*: You have the right to request that we erase personal information that we hold about you, subject to certain conditions.

*Right to Restrict Processing*: You have the right to restrict our processing of your information, subject to certain conditions.

*Right to Object*: You have the right to object to processing of your personal information based on our legitimate interests at any time. We will no longer process the information, unless there are compelling legitimate grounds for our processing that override your interests or the processing serves the purpose of asserting, exercising or defending legal claims.

*Right to Withdraw Consent*: When data processing is based on your consent, you have the right to withdraw consent at any time, without affecting the lawfulness of processing based on consent before such withdrawal.

*Right to Data Portability*: You also have a right to data portability when the data processing is based on consent or on a contract between you and SciPlay and the data was processed by automated means. You may exercise these rights by submitting a written request at the link included below.

*Right to Lodge a Complaint*:  You have the right to lodge a complaint with the appropriate supervisory authority or data protection regulator in your jurisdiction.

**HOW WE PROTECT PERSONAL INFORMATION**

We use commercially reasonable security measures, including administrative, technical, and physical safeguards to protect against loss, misuse, unauthorized access, disclosure, alteration, or destruction of the information you provide when visiting or using the Sites.

**RETENTION OF INFORMATION**

SciPlay retains all personal information for the duration of the relevant business relationship or, where required, in accordance with its information management policies and schedules, subject to applicable laws. When deleting personal information based on a request from the individual to whom the information relates, SciPlay will make reasonable attempts to ensure that all instances of the information are deleted in their entirety. For individuals in the EU, Switzerland or U.K. who wish to make requests for access, corrections, or deletion, please refer to the Your Rights Regarding Your Personal Data section above.

**CONTACT FOR MORE INFORMATION**

If you have any questions or concerns about this Privacy Policy or our privacy practices, please use the following webform to submit your inquiry:

SciPlay Privacy Rights Request form

Additionally, if you would like to update your contact information or preferences, have your information removed from our mailing lists, or no longer receive marketing e-mails that we may send based on information collected via product registration cards or other sources, you may do so by:

- Adjusting the settings in an account you created through the Sites; or

- Unsubscribing via the links contained in emails from us.