# EXHIBIT C







lawsuit or other representative proceeding, including without limitation any representative, collective, qui tam, or private attorney general proceeding.  By clicking the button below or continuing to access the game, you agree to these Terms of Service. However, you may opt out of the Agreement to Arbitrate and Class Action Waiver provision by mailing written notice to SciPlay within 30 days of accepting the Terms of Service. This opt out procedure is detailed in the Terms of



