Elizabeth Pipkin (243611)
Juan Luna-Bojalil (346626)
Hannah Lauchner (365952)
MCMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:      (408) 279-8700
Facsimile:      (408) 279-3244
Email:          epipkin@mcmanislaw.com;
                jluna@mcmanislaw.com;
                hlauchner@mcmanislaw.com

Daniel C. Taylor (*Pro Hac Vice*)
Eric F. Dement (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:      (303) 592-3100
Facsimile:      (303) 592-3140
Email:          daniel.taylor@bartlitbeck.com;
                eric.dement@barlitbeck.com

*Attorneys for Defendants,*
Sciplay Corporation and
Sciplay Games, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARK DE GUZMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC,<br><br><br>        Defendants. | Case No.: 5:26-CV-00344-EKL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC'S MOTION TO COMPEL ARBITRATION**<br><br>Date:        July 15, 2026<br>Time:        10:00 a.m.<br>Dept:        Courtroom 7—4th Floor<br>Judge:      Hon. Eumi K. Lee |

This matter came before the Court on a motion to compel arbitration of Plaintiff's claims and to stay this case under 9 U.S.C. §§ 3–4, filed by Defendants SciPlay Corporation and SciPlay Games, LLC (collectively, "SciPlay").

**IT IS HEREBY ORDERED** that:

1. SciPlay's motion to compel arbitration is **GRANTED**, and

2. This action is **STAYED** under 9 U.S.C. § 3 pending resolution of the arbitration.

**IT IS SO ORDERED**.

Dated: _____, 2026

_____
Honorable Eumi K. Lee

1

[PROPOSED] Order Granting SciPlay's Motion to Compel Arbitration
Case No. 5:26-CV-00344-EKL