**[PROPOSED] ORDER**

Under the stipulation of the parties and for good cause shown, the Court orders:

Plaintiff will have until April 22, 2026 to file his opposition brief to Defendants' Motion to Compel Arbitration; Defendants will have until May 7, 2026 to file their Reply Brief in support of their Motion to Compel Arbitration; the deadline for Defendants to respond to the Complaint is stayed until August 5, 2026 (21 days after the Hearing Date for the Motion to Compel Arbitration); the deadline for the Parties to submit a Case Management Statement is stayed until August 31, 2026 (47 days after the Hearing Date for the Motion to Compel Arbitration); and the Initial Case Management Conference is stayed until September 14, 2026 (61 days after the Hearing Date for the Motion to Compel Arbitration).

**IT IS SO ORDERED.**

DATED:_____                    _____
                                       THE HON. EUMI K. LEE

STIPULATION FOR BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND THE PARTIES' INITIAL SCHEDULING OBLIGATIONS; Case No.: 5:26-CV-00344-EKL