ELIZABETH PIPKIN (243611)
JUAN LUNA-BOJALIL (346626)
HANNAH LAUCHNER (365952)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:      (408) 279-8700
Facsimile:      (408) 279-3244
Email:          epipkin@mcmanislaw.com
                jluna@mcmanislaw.com
                hlauchner@mcmanislaw.com

DANIEL C. TAYLOR (*Pro Hac Vice*)
ERIC F. DEMENT (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Telephone:      (303) 592-3100
Facsimile:      (303) 592-3140
Email:          daniel.taylor@bartlitbeck.com
                eric.dement@barlitbeck.com

*Attorneys for Defendants,*
SCIPLAY CORPORATION and
SCIPLAY GAMES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARK DE GUZMAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>        v.<br><br>SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC,<br><br>                    Defendants. | Case No.:  5:26-CV-00344-EKL<br><br>**STIPULATION FOR BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND THE PARTIES' INITIAL SCHEDULING OBLIGATIONS [PROPOSED] ORDER**<br><br>***AS MODIFIED*** |

1

STIPULATION FOR BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND THE PARTIES' INITIAL SCHEDULING OBLIGATIONS; Case No.: 5:26-CV-00344-EKL

Plaintiff Mark De Guzman ("Plaintiff"), Defendant SciPlay Corporation ("SciPlay Corp."), and Defendant SciPlay Games, LLC ("SciPlay Games") (collectively, the "Parties"), by and through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, on January 13, 2026, Plaintiff filed his Complaint (Dkt. 1);

WHEREAS, on January 15, 2026, the Court set the Case Management Statement deadline as April 22, 2026 and set the Initial Case Management Conference for May 6, 2026,

WHEREAS, on January 20, 2026, Plaintiff filed Defendants' signed waiver of service for the Complaint (Dkt. 11);

WHEREAS, on March 23, 2026, Defendants filed a joint Motion to Compel Arbitration and under the Local Rules Plaintiff would have 14 days to file his opposition brief and Defendants would have 7 days after to file its reply brief, LCR 7-3(a),(c), but the Parties have jointly agreed to a briefing schedule per Standing Order VIII(D);

WHEREAS, the Court scheduled July 15, 2026 at 10:00 a.m. for a Hearing Date for the Motion to Compel Arbitration;

WHEREAS, the Parties agree that it is in the best interest of conserving the resources of the Parties and the Court to stay the deadlines for (1) the Defendants to respond to the Complaint, (2) the Parties to submit a Case Management Statement, and (3) the Court to hold an Initial Case Management Conference, until after the Court decides the Defendants' joint Motion to Compel Arbitration;

WHEREAS, courts recognize that it is in the best interest of conserving resources to issue "a short stay of the initial scheduling obligations and discovery pending the determination of the motion to compel arbitration," *Stiener v. Apple Computer, Inc.*, No. C 07-4486 SBA, 2007 WL 4219388, at *1 (N.D. Cal. Nov. 29, 2007);

WHEREAS, courts recognize that "a defendant in a pending lawsuit may file a petition or motion to compel arbitration in lieu of an answer to the complaint," *Lamkin v. Morinda Props. Weight Parcel, LLC*, 440 F. App'x 604, 607 (10th Cir. 2011) (cleaned up);

2

STIPULATION FOR BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND THE PARTIES' INITIAL SCHEDULING OBLIGATIONS; Case No.: 5:26-CV-00344-EKL

WHEREAS, there have been no previous time modifications in the case, whether by stipulation or Court order, except for the Court's notice resetting Case Management Deadlines following Reassignment (Dkt. 10);

NOW THEREFORE, subject to this Court's approval, the Parties hereby STIPULATE and AGREE that Plaintiff will have until April 22, 2026 to file his opposition brief to Defendants' Motion to Compel Arbitration; Defendants will have until May 7, 2026 to file their Reply Brief in support of their Motion to Compel Arbitration; the deadline for Defendants to respond to the Complaint is stayed until August 5, 2026 (21 days after the Hearing Date for the Motion to Compel Arbitration); the deadline for the Parties to submit a Case Management Statement is stayed until August 31, 2026 (47 days after the Hearing Date for the Motion to Compel Arbitration); and the Initial Case Management Conference is stayed until September 14, 2026 (61 days after the Hearing Date for the Motion to Compel Arbitration).

The Parties agree that there will be no prejudice by these sought-for stays.

IT IS SO STIPULATED.

DATED: March 24, 2026                    BARTLIT BECK LLP


                                          */s/ Daniel C. Taylor*
                                          DANIEL C. TAYLOR
                                          ERIC F. DEMENT

                                          *Attorneys for Defendants*,
                                          SCIPLAY CORPORATION and
                                          SCIPLAY GAMES, LLC


DATED: March 24, 2026                    HEDIN LLP


                                          */s/ Frank S. Hedin*
                                          FRANK S. HEDIN

STIPULATION FOR BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND THE PARTIES' INITIAL SCHEDULING OBLIGATIONS; Case No.: 5:26-CV-00344-EKL

DATED: March 24, 2026

GUCOVSCHI LAW FIRM, PLLC

*/s/ Adrian Gucovschi*
ADRIAN GUCOVSCHI

*Attorneys for Plaintiffs*,
MARK DE GUZMAN

4

STIPULATION FOR BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND THE PARTIES' INITIAL SCHEDULING OBLIGATIONS; Case No.: 5:26-CV-00344-EKL

# [PROPOSED] ORDER

Under the stipulation of the parties and for good cause shown, the Court orders:

Plaintiff will have until April 22, 2026 to file his opposition brief to Defendants' Motion to Compel Arbitration; Defendants will have until May 7, 2026 to file their Reply Brief in support of their Motion to Compel Arbitration; the deadline for Defendants to respond to the Complaint is stayed until August 5, 2026 (21 days after the Hearing Date for the Motion to Compel Arbitration); the deadline for the Parties to submit a Case Management Statement is stayed until ~~August 31, 2026~~ September 2, 2026 (47 days after the Hearing Date for the Motion to Compel Arbitration); and the Initial Case Management Conference is stayed until ~~September 14, 2026~~ September 16, 2026 (61 days after the Hearing Date for the Motion to Compel Arbitration).

**IT IS SO ORDERED.**

DATED: March 26, 2026 _____

THE HON. EUMI K. LEE

STIPULATION FOR BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND THE PARTIES' INITIAL SCHEDULING OBLIGATIONS; Case No.: 5:26-CV-00344-EKL