Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
165 Broadway, Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DE GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC.,<br><br>Defendants. | Case No. 5:26-cv-00344-EKL<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL ARBITRATION AND TO STAY CASE** |

NOTICE OF NON-OPPOSITION

**<u>NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL ARBITRATION AND TO STAY CASE</u>**

Plaintiff Mark De Guzman hereby submits this notice of non-opposition to the Motion to Compel Arbitration (ECF No. 20 (the "Motion")) filed by Defendants, so as to enable the arbitrator to decide threshold questions concerning the arbitrability of this dispute. Plaintiff agrees with Defendants' position, as set forth in the Motion, that this matter should be stayed pending the completion of such arbitration

Dated: April 22, 2026.

Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC.**

By: */s/ Adrian Gucovschi*

Adrian Gucovschi (State Bar No. 360988)
165 Broadway, Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorneys for Plaintiff*