Elizabeth Pipkin (243611)
Juan Luna-Bojalil (346626)
Hannah Lauchner (365952)
MCMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:      (408) 279-8700
Facsimile:      (408) 279-3244
Email:          epipkin@mcmanislaw.com;
                jluna@mcmanislaw.com;
                hlauchner@mcmanislaw.com

Daniel C. Taylor (*Pro Hac Vice*)
Eric F. Dement (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:      (303) 592-3100
Facsimile:      (303) 592-3140
Email:           daniel.taylor@bartlitbeck.com;
                eric.dement@barlitbeck.com

*Attorneys for Defendants,*
Sciplay Corporation and
Sciplay Games, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK DE GUZMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC,<br><br>        Defendants. | Case No.: 5:26-CV-00344-EKL<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC'S MOTION TO COMPEL ARBITRATION<br><br>Date:        July 15, 2026<br>Time:        10:00 a.m.<br>Dept:        Courtroom 7—4th Floor<br>Judge:       Hon. Eumi K. Lee<br><br>***AS MODIFIED*** |

[~~PROPOSED~~] Order Granting SciPlay's Motion to Compel Arbitration
Case No. 5:26-CV-00344-EKL

This matter came before the Court on a motion to compel arbitration of Plaintiff's claims and to stay this case under 9 U.S.C. §§ 3–4, filed by Defendants SciPlay Corporation and SciPlay Games, LLC (collectively, "SciPlay").

**IT IS HEREBY ORDERED** that:

1. SciPlay's motion to compel arbitration is **GRANTED**.

2. This action is **STAYED** in its entirety.  Given the procedural posture, the Clerk shall administratively close the case pending the completion of the arbitration proceedings between the parties.  This is an internal administrative procedure that does not affect the rights of the parties.

3. All deadlines in this matter, including but not limited to discovery, motion practice, pretrial, and trial dates, are hereby **VACATED**.

4. The parties shall file a joint status report with the Court every **180 days**, following entry of this Order, advising the Court of the status of the arbitration proceedings.

5. Any party may move to lift the stay and reopen the case within **30 days** of completion of the arbitration or for other good cause shown, including to confirm or vacate any arbitration award.

6. The Court retains jurisdiction to enforce this Order and to confirm, vacate, or modify any arbitration award pursuant to 9 U.S.C. §§ 9-11.

**IT IS SO ORDERED**.

Dated: _____April 23_____, 2026

_____
Honorable Eumi K. Lee

1

[PROPOSED] Order Granting SciPlay's Motion to Compel Arbitration
Case No. 5:26-CV-00344-EKL